Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:05-CV-04495<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Nicolle O. Maddox,<br><br>           Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Come now the Plaintiff, NICOLLE O. MADDOX, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the claims of Plaintiff, Nicolle O. Maddox, in this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 5/7, 2009    By: _____
                        Tom Dutton
                        PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
                        2001 Park Place North, Suite 1100
                        Birmingham, AL 35203
                        Telephone: (205) 322-8880
                        Facsimile: (205) 328-2711

                        Attorney for Plaintiff

DATED: Sept. 28, 2009   By: _____

                        DLA PIPER LLP (US)
                        1251 Avenue of the Americas
                        New York, NY 10020
                        Telephone: (212) 335-4500
                        Facsimile: (212) 335-4501
                        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09    _____
                  Hon. Charles R. Breyer
                  United States District C...

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**