1  Tom Dutton, Esquire
   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2  2001 Park Place North, Suite 1100
   Birmingham, AL 35203
3  Telephone: (205) 322-8880
   Facsimile: (205) 328-2711
4

5  Attorney for Plaintiff

6

7

8

9

10

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15  _____ )
                                       ) Docket No.: 3:05-cv-04495
16  IN RE: BEXTRA AND CELEBREX         )
    MARKETING SALES PRACTICES AND      ) **MDL NO. 1699**
17  PRODUCT LIABILITY LITIGATION       ) **District Judge: Charles R. Breyer**
                                       )
18  _____ )
                                       )
19  Fred Matthews,                     )
                                       )
20                         Plaintiff,  ) **STIPULATION AND ORDER OF**
                                       ) **DISMISSAL WITH PREJUDICE**
21              vs.                    )
                                       )
22  Pfizer, Inc., et al.               )
                          Defendants.  )
23                                     )
    _____

24

25      Come now the Plaintiff, FRED MATTHEWS and Defendants, by and through the

26  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

28  fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2  DATED: 5/29, 2009        By: _____
3                                Tom Dutton
                                  PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
4                                 2001 Park Place North, Suite 1100
                                  Birmingham, AL 35203
5                                 Telephone: (205) 322-8880
                                  Facsimile: (205) 328-2711
6
                           Attorney for Plaintiff
7
8  DATED: Sept. 28, 2009    By: _____
9
10                                DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
11                                New York, NY 10020
                                  Telephone: (212) 335-4500
12                                Facsimile: (212) 335-4501
                                  *Defendants' Liaison Counsel*
13
14
15
16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
17
18       Dated: 9/30/09     _____
19                          Hon. Charles R. Breyer
                            United States District
20
21                          *[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*
22
23
24
25
26
27
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**